Irene B. WANNER and Guaranty Trust Company of New York, as Executors of the Last WILL and Testament of Charles Porter WILSON, Deceased, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 305.

Circuit Court of Appeals, Second Circuit.

June 1, 1936.

Laughlin, Gerard, Bowers & Halpin, of New York City (John J. Halpin and Joseph W. Kirkpatrick, both of New York City, of counsel), for petitioners.

Robert H. Jackson, Asst. Atty. Gen., and Sewall Key and Maurice J. Mahoney, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decision affirmed.